UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.T. and J.T., individually and on behalf of their minor child, O.T.,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-3487 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: August 19, 2026
New York, New York

Ronnie Abrams
United States District Judge